**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03425-CMA-STV

CESAR GARCIA,

    Plaintiff,

v.

NIETO OIL FIELD SERVICES, LLC,

    Defendant.

---

**DEFAULT JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND MOTION FOR ATTORNEY FEES of the Honorable Judge Christine M. Arguello entered on April 21, 2022, (ECF 56), it is hereby

ORDERED that Default Judgment is hereby entered in favor of the Plaintiff, Cesar Garcia, and against the Defendant, Nieto Oil Field Services, LLC, in the total amount of $75,987.00 in damages and $15,407.50 in attorney fees and costs. It is

FURTHER ORDERED that post-judgment interest shall accrue on the total amount of $91,394.50 at the legal rate of 1.81% per annum from the date of entry of Default Judgment. It is

FURTHER ORDERED that this case is closed.

DATED:  April 22, 2022.

         FOR THE COURT:

         JEFFREY P. COLWELL, CLERK

        By:  s/  Robert R. Keech
           Robert R. Keech
           Deputy Clerk